IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



FILED
99 MAR 22 PM 1:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

SOUTHDOWN, INC., et al.,

    Plaintiffs,

v.

LESLIE S. ALLEN,

    Defendant/Third-Party Plaintiff,

v.                                Civil Action No. CV-96-J-3300-S

ALLWORTH, INC. and NORTRU, INC.,

    Third-Party Defendants.

LESLIE S. ALLEN,

    Cross-Claim Plaintiff,

v.

AKZO NOBEL COATINGS, INC., et al.,

    Cross-Claim Defendants.

ENTERED
MAR 22 1999

### MEMORANDUM

    At conference call this day the attached Second Case Management Order was approved by the Court.

    DONE this 22 day of March, 1999.

                                              Inge P. Johnson
                                              United States District Judge

Attachment

324